UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN COTTON, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:11 CV 1455 RWS |
| | ) | |
| TERRY RUSSELL, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner Marvin Cotton's motion for reconsideration or, in the alternative, for a certificate of appealability [#22]. On September 29, 2014, I overruled Cotton's objections to the Report and Recommendation and denied Cotton's petition for a writ of habeas corpus under 28 U.S.C. § 2254. Cotton's present motion presents no new factual or legal arguments that convince me my prior decision was in error, so it will be denied. To the extent Cotton seeks a certificate of appealability, that request is denied as moot as I have already denied him a certificate of appealability in the Memorandum and Order and Judgment dated September 29, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for certificate of appealability and reconsideration [#22] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2014.